AMH/SBD IML.16213

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON MITCHELL | |
| Plaintiff | Court No. 16-cv-7227 |
| v. | |
| PLANO POLICE DEPARTMENT; CITY OF PLANO; PLANO CITY ZONING AND ENFORCEMENT; OFFICERS JOHY BEERY; ROBERT HERNANDEZ; ANTHONY JOURTAS; SHAWN BARKS; AARON SMITH; LT WHOWELL; TOM ROMANO, TRISH HUTSON; SUSAN NELSON; UNKNOWN INDIVIDUALS TO BE NAMED THROUGH DISCOVERY | Judge Edmond E. Chang  Jury Trial Demanded |
| Defendants | |

## NOTICE OF MOTION

To:     See Attached Service List

YOU ARE HEREBY NOTIFIED that on **September 8, 2016 at 8:30 a.m.**, or as soon thereafter as counsel may be heard I shall appear before the **Honorable Edmond E. Chang** or any other judge sitting in **Everettr McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 2119, Chicago, IL 60604,** and shall then and there present the following Motion(s), a copy of which is attached hereto and herewith served upon you:

- **MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**BRANDIN FREDERICKSEN**

By:   __/s/ Alison Harrington_____
One of his attorneys

Alison M. Harrington #6243081
Scott B. Dolezal #6274826
**Best, Vanderlaan & Harrington**
25 E. Washington St.
Suite 800
Chicago, IL  60602
(312) 819-1100
(312) 819-8062 (Fax)

## **CERTIFICATE OF SERVICE**

      I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic filing via CM/ECF** to the attorney(s) of record at the address(es) from 25 E. Washington, Suite 800, Chicago, IL 60602 prior to 5:00 p.m. on September 1, 2016.

                                                                                                                            _/s/ *Alison Harrington*_

Re:     Mitchell v. Plano Police Department, et al.
       Case No.:
       BVH File No.: IML.16213

## ATTORNEY SERVICE LIST

Sharon Mitchell
Plaintiff Pro Se
3105 Hoffman Street
Plano, IL 60545

Jana L. Brady
Heyl Royster
120 W. State Street, 2nd Floor
Rockford, IL 61101
(815) 963-4454/(815) 963-0399 (F)
Attorney for Defendants
Anthony Jourtas, John Beery, Plano Police Department and City of Plano

Amee Lakhani
Heyl Royster
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602
(312) 853-8700//(312) 782-0040 (F)
Attorney for Defendants
John Beery, Plano Police Department, City of Plano and Anthony Jourtas