

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SHARON MITCHELL

    Plaintiff

Court No. 16cv-7227

Vs

The Honorable Judge Edmond E. Chang

The City of Plano, City Of Yorkville, Kendall County Sheriff's Office, John Beery, Robert Hernandez, Emily Anderson, Anthony Jourtas, Shawn Barks, Aaron Smith, Jonathan Whowell, Scott Hogan, Tom Romano, Trish Hutson, Susan Nelson, et al.

Jury Trial Demanded

    Defendants

## MOTION

Now comes the Defendant, Susan Nelson, Pro se, and in her Motion for an Extension to File Response to "Plaintiffs' Second Amended Complaint":

**STATES AS FOLLOWS**:

1. Plaintiff, Sharon Mitchell, failed to provide Defendant, Susan Nelson, with proper service of the "Plaintiffs' Second Amended Complaint" according to Federal Rules of Civil Procedure, Title II, Rule 5.

Therefore Defendant requests the Court to grant the motion for an Extension to File Response to "Plaintiffs' Second Amended Complaint".

Respectfully submitted,

2925 Hoffman Street, Plano, IL 60545 – residence

POB 14, Yorkville, IL 60560-0014 – mailing address

luvmeluvmyaussie@yahoo.com – email

630-770-2802 – cell phone

1