UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sharon Mitchell  Plaintiff

v.

Plano Police Department, City Of Plano, Plano City Zoning and Enforcement, Officers John Beery, Rober Hernandez, Anthony Jourtas, Shawn Barks, Trish Hutson, Susan Nelson, Aaron Smith, Lt Whowell, Tom Romano, Unknown Individuals to be named through discovery, Defendants

Case No: 16-cv-7227

Judge Edmond E. Chang

Jury Trial Demanded

### PURSUANT TO FRCP 26(a)(1)(B)(ii) PLAINTIFF REQUEST FOR DOCUMENTS FROM DEFENDANT HUTSON

Plaintiff, Sharon Mitchell, Pro se, pursuant to FRCP 26(a)(1)(B)(ii) request the following Documents from Defendant Hutson:

1. Defendant Hutson has not disclosed nor presented Plaintiff with documents which possibly have relevance to this present action.
2. Plaintiff requests, not inclusive, any Video Surveillance, Pictures, media depicting Plaintiff.
3. Video Surveillance, Pictures, media depicting Plaintiffs' property which includes, not inclusive, Plaintiffs home, dogs, vehicles, friends, etc
4. Statements made regarding Plaintiff's, not inclusive, property, home, dogs, vehicles, friends, etc;
5. Where, when, why and how these statements were made, the purpose of these statements and outcome.
6. Hutsons relationship with Officers of the Plano Police Department. More specifically, Officer Barks and Hogan.
7. If Hutson can not provide any of the information requested above, the reason for the failure to comply, when the information will be available and/or the location where Plaintiff can retrieve the information.

_/s/_Sharon Mitchell_____
Plaintiff
Pro Se
3105 Hoffman Street